COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
  
  
 IN RE:  E.E. HOOD
 & SONS, INC.,
  
                            
 Relator.
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
    
  '
  
 
 
  
  
  
  
                   No. 08-12-00094-CV
  
 AN ORIGINAL
 PROCEEDING
  
 IN MANDAMUS
  
 
 


MEMORANDUM OPINION








 

On March 13, 2012, Relator filed its Motion
for Review of Trial Court’s Rule 24.2(d) Order or Alternatively, Petition for
Writ of Mandamus.  We originally
determined that Relator’s filing should be addressed as a Petition for Writ of
Mandamus and filed it as such.  Upon
further evaluation of the arguments, authority, and evidence presented by the
parties, we now determine that the matters raised by Relator’s filing are
properly presented for our consideration as a Motion for Review under Rule
24.4(a).  Tex.R.App.P. 24.2(d), 24.4. 
We therefore dismiss Relator’s Petition for Writ of Mandamus and re-file
Relator’s filing as a Motion for Review pursuant to Rule 24(a) in a pending
appeal, David Nelson, Individually and
d/b/a Collective Contracting, A Sole Proprietorship, Collective Contracting,
Inc., and E.E. Hood & Sons, Inc. v. Vernco Construction, Inc. (Cause
No. 08-10-00222-CV).  Tex.R.App.P. 24.4.

 

April 4, 2012                                       ________________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.

Rivera, J., not participating